IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

**GABRIELLE MADDALENA**,

        Plaintiff,

    vs.                                    Case No. 14-CV-681

**FACILITY GATEWAY CORPORATION**,

        Defendant.

---

**STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

---

PLEASE TAKE NOTICE that the parties, through their undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to voluntarily dismiss, with prejudice and without payment of costs or fees, Plaintiff's Complaint against Defendant.

Dated this 11th day of May, 2015.

                                  **HAWKS QUINDEL, S.C.**
                                  *Attorneys for Plaintiff*

                                  By:  */s/ David C. Zoeller*
                                  David C. Zoeller, State Bar No. 1052017
                                  Email: dzoeller@hq-law.com
                                  Caitlin M. Madden, State Bar No. 1089238
                                  Email: cmadden@hq-law.com
                                  222 West Washington Avenue, Suite 450
                                  P.O. Box 2155
                                  Madison, WI 53701-2155
                                  Telephone: (608) 257-0040
                                  Facsimile: (608) 256-0236

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
*Attorneys for Defendant*

By: */s/ Christina A. Katt*
Kevin A. Christensen, State Bar No. 1011760
Email: kevin.christensen@wilsonelser.com
Christina A. Katt, State Bar No. 1073979
Email: christina.katt@wilsonelser.com
740 N. Plankinton Avenue, Suite 600
Milwaukee, WI 53203
Telephone: (414) 276-8816
Facsimile: (414) 276-8819